BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: 510-637-3680
    Fax: 510-637-3724
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRES JAUREGUI, ROBERT ADAMS, LOVELL WROTEN, SIONE FINAU, ELIZABETH CAMACHO, and AMBER NEUBERT,<br><br>    Defendants. | No. 15-CR-480 HSG<br><br>ORDER CONTINUING STATUS DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

    Defendants Andres Jauregui, Robert Adams, Sione Finau, and Amber Neubert appeared for their first status conference on November 9, 2015. On January 25, 2016, they appeared for a further status conference. Defendants Lovell Wroten and Elizabeth Camacho appeared for their first status conference on January 25, 2016.

    At the January 25, 2016, appearance, the Court was informed that the government has produced a large amount of discovery, which defense counsel continue to review. The parties are also discussing possible dispositions. At the parties' request, the Court set a further status date of March 14, 2016.

    Time was previously excluded through January 25, 2016, for effective preparation of counsel.

1  At the January 25, 2016, appearance, five of the defendants—Mr. Jauregui, Mr. Adams, Mr. Finau, Ms. Neubert, and Ms. Camacho—agreed on the record to an exclusion of time through March 14, 2016, for effective preparation of counsel. The sixth defendant, Mr. Wroten, objected to an exclusion of time. The Court overrules Mr. Wroten's objection pursuant to 18 U.S.C. § 3161(h)(6) (excluding from the Speedy Trial Act calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

The time from January 25, 2016, through March 14, 2016, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *Id.* § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:  January 26, 2016

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge